MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS S. COLAIZZI,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, EQUIFAX INFORMATION SERVICES LLC<br><br>Defendants. | Case No.: 2:17-cv-02060-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Nicholas S. Colaizzi (**Colaizzi**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to Colaizzi's complaint (ECF No. 1) filed on July 28, 2017 shall be continued from August 28, 2017 to September 27, 2017.

This is the first request for an <u>extension</u> of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to Colaizzi's complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties submit this request in good faith without the purpose of undue delay.

DATED this 25th day of August, 2017.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| */s/ Jamie K. Combs*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant*<br>*Nationstar Mortgage LLC* | */s/ David H. Krieger*<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Plaintiff Nicholas Colaizzi* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

August 28, 2017
_____
**DATED**