# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| NICHOLAS S. COLAIZZI, | Case No. 2:17-cv-02060-KJD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 11) |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendant(s). | |

This case involves a single claim brought under the Fair Credit Reporting Act. *See* Docket No. 1. Defendants have 21 days to respond to a complaint after service. Fed. R. Civ. P. 12(a)(1). In this case, the Court granted the stipulation to provide Nationstar an additional 30 days "to afford it the opportunity to adequately respond to Colaizzi's complaint." Docket No. 5. The parties have now filed another stipulation to extend that deadline by another 30 days based on the same generic statement. *See* Docket No. 11. The stipulation fails to explain why the nearly two-month period already in existence was insufficient time for Nationstar to prepare a response to the complaint. *See* Fed. R. Civ. P. 6(b)(1) (good cause must be shown for extensions). Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge