MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS S. COLAIZZI,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, EQUIFAX INFORMATION SERVICES LLC<br><br>Defendants. | Case No.: 2:17-cv-02060-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Nicholas S. Colaizzi (**Colaizzi**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to Colaizzi's complaint (ECF No. 1) filed on July 28, 2017 shall be continued from September 27, 2017 to October 27, 2017.

This is the second request for an extension of this deadline. Nationstar and Colaizzi request the additional time as the parties are in developed discussions that are likely to bring the case to a final resolution. Colaizzi requested additional documents from Nationstar, which Nationstar is working to assemble and produce to Colaizzi for review. After the exchange of documents, the parties anticipate they will be able to fully resolve the litigation.

/ / /

/ / /

1

The parties submit this request in good faith without the purpose of undue delay.

DATED this 28th day of September, 2017.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| */s/ Jamie K. Combs*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant*<br>*Nationstar Mortgage LLC* | */s/ David H. Krieger*<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Plaintiff Nicholas Colaizzi* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

September 29, 2017
_____
**DATED**