David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Nicholas S. Colaizzi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas S. Colaizzi, | Case No. 2:17-cv-02060-KJD-NJK |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| NATIONSTAR MORTGAGE LLC; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff Nicholas S. Colaizzi and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

Dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 5, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Bradley T. Austin, Esq.
Bradley T. Austin, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant EQUIFAX INFORMATION SERVICES, LLC*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 6, 2017