David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Nicholas S. Colaizzi*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Nicholas S. Colaizzi,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>              Defendants. | **Case No. 2:17-cv-02060-KJD-NJK**<br><br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE ACTION AS TO NATIONSTAR MORTGAGE LLC ONLY** |

     Plaintiff Nicholas S. Colaizzi and Defendant NATIONSTAR MORTGAGE LLC hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,** **NATIONSTAR MORTGAGE LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated:  November 9, 2017

| | |
|---|---|
| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff*<br>*Nicholas S. Colaizzi* | By:<br>/s/ Jamie K. Combs, Esq.<br>Jamie K. Combs, Esq.<br>Akerman LLP<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br><br>*Attorney for Defendant*<br>*NATIONSTAR MORTGAGE LLC* |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 20, 2017